JUDGE DANIELS

**'08 CIV 7091**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COACH SERVICES, INC.

    Plaintiff,

    -V-

FABCO ENTERPRISES INC.; FABCO SHOES LLC;
and DAVID WEINMAN,

    Defendants.

Case No.

AUG 08 2008
U.S.D.C. S.D.N.Y.
CASHIERS

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Coach Services, Inc.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                            - NONE -

Date: _____August 8, 2008_____

_____
**Signature of Attorney**

**Attorney Bar Code:** RLT 1027