UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

COACH SERVICES, INC.,

        Plaintiff,

   -against-

FABCO ENTERPRISES INC., FABCO SHOES LLC, and DAVID WEINMAN,

        Defendants.

------------------------------------------------------------X

08 Civ. 7091 (GBD)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendants' time to answer, move or otherwise respond to the complaint in this action is hereby extended to and including October 1, 2008.

Dated: New York, New York
       August 27, 2008

TUCKER & LATIFI, LLP

By: _____
Robert L. Tucker (RLT-1027)
160 East 84th Street
New York, New York 10028
(212) 755-5200

*Attorneys for Plaintiff*

LOEB & LOEB LLP

By: _____
Brian R. Socolow (BRS-6234)
345 Park Avenue
New York, New York
(212) 407-4000

*Attorneys for Defendants*

SO ORDERED:

AUG 28 2008

_____
HON. GEORGE B. DANIELS
U.S.D.J.

NY737079.1
666666-33333